**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 14-cv-01557-CMA-BNB

CRISTOBALINA DAVIS,

     Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

     Defendant.

_____

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER having come before the Court on the Parties Stipulation for Dismissal

with Prejudice pursuant to Fed.R.Civ. P. 42 (a)(2) and being fully appraised in this matter,

hereby GRANTS the request. The case is dismissed with prejudice with each side bearing its

own costs and attorney's fees.

DATED:  October 14, 2014

                             BY THE COURT:

                             _____

                             Christine M. Arguello
                             United States District Court Judge